ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy     Date: 3/24/2020
        by Order of Judge Alvin K. Hellerstein

**Linda Cestero v. West Point Association, et al. 19 Civ. 9393 (AKH)**

The IPTC previously set for April 3, 2020 is hereby adjourned.

You are hereby notified that you are required to appear for an initial PTC.

       Date : June 26 , 2020
       Time: 10:00 am
       Place: U.S. Courthouse - Southern District of New York
            500 Pearl Street
            Courtroom 14D
            New York, New York 10007

               So Ordered,

              _____/s/_____
               **Alvin K. Hellerstein**
                 United States District Judge