UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Linda Cestero,                                        :
                                                      :
        Plaintiff,                             :       **ORDER**
                                                      :
  -against-                                           :       19 Civ.9393 (AKH)
                                                      :
West Point Association, et al.,                       :
                                                      :
        Defendant.                             :
-------------------------------------------------------x
ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties are hereby ordered to appear for a telephone conference on Friday, June 26, 2020 at 11:00 a.m., which status will be held via the following call-in-number:

    Call-in number 888-363-4749        Access code 7518680

To ensure that the conference proceeds smoothly and to avoid disruption, the Court directs all those calling in (other than counsel) to mute their telephones.

        Finally, no later than Thursday, June 25, 2020 at 12:00 p.m., the parties shall jointly submit to the Court (via email address: HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record at the telephone conference.

        SO ORDERED.

Dated:    New York, New York
           June 25, 2020

                                                        _____/s/_____
                                                        ALVIN K. HELLERSTEIN
                                                        United States District Judge