UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                     :
LINDA CESTERO,                                     :
                                                                     :    **ORDER**
                                  Plaintiff,       :
           v.                                                      :    19 Civ. 9393 (AKH)
                                                                     :
WEST POINT ASSOCIATION OF                :
GRADUATES; ASSOCIATION OF                :
GRADUATES OF THE UNITED STATES     :
MILITARY ACADEMY, WEST POINT, NEW :
YORK; CHERYL K. BROOKS; RICHARD     :
FRENCH; and DOMENICO D'AMICO,      :
                                                                     :
                                    Defendants.    :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 45 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

       SO ORDERED.

Dated:      July 24, 2020                                     /s/ Alvin K. Hellerstein
              New York, New York                      ALVIN K. HELLERSTEIN
                                                                    United States District Judge